# MEMORANDUM

TO : COLLEEN LYDON

FROM : STEVEN D. BAUER

RE : UNITED STATES V. MALONE
     Crim. S-03-089; 03-117 & 03-320

DATE : NOVEMBER 16, 2005

---

Colleen:

Consistent with our discussion this morning please move the above matters from this Friday to December 16, 2005 at 10:00. I have discussed this request with the Assistant United States Attorney, Christine Watson and the Probation Officer, Michael Sipes and they are both in agreement.

Distribution:
   Assistant United States Attorney
   U. S. Probation

NOV 1 6 2005

COURT
OF CALIFORNIA

IT IS SO ORDERED
11/16/05